### HILL v. BURWELL.

GEORGE, J.   1. Where the court in the charge to the jury correctly gives the contention of the losing party in regard to the material and controlling issue in the case, a new trial will not be ordered although that contention is not stated in the manner and form as alleged in the pleadings.

2. The evidence authorized the verdict.

*Judgment affirmed.   All the Justices concur.*

No. 2116.   JANUARY 14, 1921.

Equitable petition. Before Judge Park. Hancock superior court. May 28, 1920.   See 149 *Ga.* 363.

*Green & Michael* and *Wiley & Lewis,* for plaintiff.

*R. L. Merritt, Holden, Jennings & Holden,* and *Burwell & Fleming,* for defendant. ·